UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| E. F. TRANSIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-01927-RLY-MJD |
| | ) | |
| INDIANA ALCOHOL AND TOBACCO COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| E. F. TRANSIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID COOK, in his official capacity as Chairman of the Indiana Alcohol and Tobacco Commission; DAVID COLEMAN, in his official capacity as Vice Chairman of the Indiana Alcohol and Tobacco Commission; DALE GRUBB, in his official capacity as Commissioner of the Indiana Alcohol and Tobacco Commission; and MARJORIE MAGINN, in her official capacity as Commissioner of the Indiana Alcohol and Tobacco Commission, | ) ) ) ) ) ) ) ) ) ) ) ) | 1:15-cv-940-RLY-MJD (consolidated) |
| Defendants. | ) | |

**FINAL JUDGMENT**

1

Today, the court denied the Plaintiff's Motion for Summary Judgment and granted the Defendants' Cross-Motion for Summary Judgment. As all issues have been resolved, the court now enters final judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 13th day of September 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

2