# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 28, 2020

To:
Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

```
E.F. TRANSIT, INC.,               ] Appeals from the United
      Plaintiff-Appellant,        ] States District Court
                                  ] for the Southern District
Nos. 19-1075 and 19-1292   v.     ] of Indiana, Indianapolis
                                  ] Division.
INDIANA ALCOHOL AND TOBACCO       ]
COMMISSION, et al.,               ] No. 1:13-cv-01927
      Defendants-Appellees.       ]
                                  ] Richard L. Young,
                                  ]     Judge.
```

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**

12/29/2020
_____

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
Deputy Clerk

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 28, 2020

*Before:*

**DIANE S. SYKES**, *Chief Judge*
**FRANK H. EASTERBROOK**, *Circuit Judge*
**ILANA DIAMOND ROVNER**, *Circuit Judge*

| | |
|---|---|
| E.F. TRANSIT, INC.,<br>    Plaintiff-Appellant,<br><br>Nos. 19-1075 and 19-1292   v.<br><br>INDIANA ALCOHOL AND TOBACCO<br>COMMISSION, et al.,<br>    Defendants-Appellees. | ] Appeals from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 1:13-cv-01927<br>]<br>] Richard L. Young,<br>]    Judge. |

The following are before the Court:

1. **APPELLANT E.F. TRANSIT, INC.'S MOTION VOLUNTARILY TO DISMISS THE APPEAL**, filed on December 11, 2020, by counsel for the appellant.

2. **APPELLEES' RESPONSE TO APPELLANT E.F. TRANSIT, INC.'S MOTION TO DISMISS ITS APPEAL**, filed on December 21, 2020, by counsel for the appellees.

3. **REPLY MEMORANDUM IN SUPPORT OF APPELLANT E.F. TRANSIT, INC.'S MOTION VOLUNTARILY TO DISMISS THE APPEAL**, filed on December 28, 2020, by counsel for the appellant.

**IT IS ORDERED** that this consolidated appeal is voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b). Costs are assessed against the appellant E.F. Transit.

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit